IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01651-BNB

ROBERT CHARLES HOPES, JR.,

    Plaintiff,

v.

R. WILEY, Warden,
TODD OWEN MANSPEAKER, S.O.S.,
BARBARA BATULIS, S.O.S.,
JOHN P. MANLEY, Lieutenant,
MR. FOX, Associate Warden,
JORGE CASTANEDA, Captain,
G. BREAM, Senior Officer Specialist,
R. MADISON, Correctional Counselor,
P. ZOHN, Psychologist,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG 22 2008

GREGORY C. LANGHAM
                    CLERK

---

ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION

---

Plaintiff, Robert C. Hopes, Jr., is in the custody of the United States Bureau of Prisons (BOP) and currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. He has filed *pro se* a civil rights complaint pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and 28 U.S.C. § 1331 (1993), as well as other statutes. On July 25, 2008, Mr. Hopes submitted to and filed with the Court *pro se* a motion titled "Plaintiff [sic] Motion for Preliminary Injunction."

The Court must construe the motion liberally because Plaintiff is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*,

935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the motion will be denied.

Mr. Hopes alleges that the BOP is denying him out-of-cell exercise and is subjecting him to excessive noise. A party seeking a preliminary injunction must show a substantial likelihood of prevailing on the merits, that he will suffer irreparable injury unless the injunction issues, that the threatened injury outweighs whatever damage the proposed injunction may cause the opposing party, and that the injunction, if issued, would not be adverse to the public interest. *See Lundgrin v. Claytor*, 619 F.2d 61, 63 (10th Cir. 1980). Plaintiff fails to allege specific facts that demonstrate he is facing immediate and irreparable injury. Accordingly, it is

ORDERED that the motion titled "Plaintiff [sic] Motion for Preliminary Injunction" that Plaintiff, Robert C. Hopes, Jr., submitted to and filed with the Court on July 25, 2008, is denied.

DATED at Denver, Colorado, this 20 day of Aug., 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01651-BNB

Robert C. Hopes, Jr.,
Reg. No. 04249-180
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 8/22/08 .

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk