IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 01 2003

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-01651-BNB

ROBERT CHARLES HOPES, JR.,

    Plaintiff,

v.

R. WILEY, Warden,
TODD OWEN MANSPEAKER, S.O.S.,
BARBARA BATULIS, S.O.S.,
JOHN P. MANLEY, Lieutenant,
MR. FOX, Associate Warden,
JORGE CASTANEDA, Captain,
G. BREAM, Senior Officer Specialist,
R. MADISON, Correctional Counselor,
P. ZOHN, Psychologist,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff, Robert Charles Hopes, Jr., is a prisoner in the custody of the United States Bureau of Prisons who currently is incarcerated at the United States Penitentiary, Administrative Maximum, in Florence, Colorado. Mr. Hopes filed *pro se* a Prisoner Complaint pursuant to ***Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics***, 403 U.S. 388 (1971), and 28 U.S.C. § 1331, and pursuant to 18 U.S.C. §§ 241, 242, and 245. He asks for money damages and declaratory and injunctive relief. In addition, Mr. Hopes has submitted letters and a motion to clarify in which he apparently attempted to clarify his claims or assert new ones.

Mr. Hopes has been granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 (2006) without payment of an initial partial filing fee. On August 18, 2008, Magistrate Judge Craig B. Shaffer entered an order granting the motion to clarify, and directing Mr. Hopes to file a final amended complaint that complied with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure and that asserted all the claims he sought to assert against all the Defendants he planned to sue. In the August 18 order, Magistrate Judge Shaffer pointed out that Mr. Hopes would not be allowed to supplement the final amended complaint with letters, motions, or any other documents intended to amend his claims. Magistrate Judge Shaffer also pointed out to Mr. Hopes that, in order to state a claim in federal court, his amended "complaint must explain what each defendant did to him or her; when the defendant did it; how the defendant's action harmed him or her; and, what specific legal right the plaintiff believes the defendant violated." **Nasious v. Two Unknown B.I.C.E. Agents**, 492 F.3d 1158, 1163 (10th Cir. 2007). Magistrate Judge Shaffer noted that Mr. Hopes must allege the personal participation of each named Defendants in the asserted claims. Finally, Magistrate Judge Shaffer directed Mr. Hopes to provide sufficient copies of the final amended complaint to serve each named Defendant.

Mr. Hopes has failed within the time allowed to submit a final amended complaint. Instead, he has continued to submit letters and other documents to the Court. Magistrate Judge Shaffer warned Mr. Hopes that if he failed within the time allowed to file an original and sufficient services copies of a final amended complaint

2

that complied with the August 18, 2008, order to the Court's satisfaction, the complaint and the action would be dismissed without further notice. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for the failure of Plaintiff, Robert Charles Hopes, Jr., to comply with the August 18, 2008, order for a final amended complaint.

DATED at Denver, Colorado, this __1__ day of ____October____, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01651-BNB

Robert C. Hopes, Jr.,
Reg. No. 04249-180
ADX - Florence
PO Box 8500
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/1/08 .

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk